**Joyce MCKENZIE, Plaintiff— Appellant,**

v.

**CITY OF WHEELING; Department of Economic and Community Development; Chippewa Hazardous Waste, Defendants—Appellees.**

No. 04–2076.

United States Court of Appeals, Fourth Circuit.

Submitted May 27, 2005.

Decided June 17, 2005.

Peter M. Suwak, Washington, Pennsylvania, for Appellant. Rosemary J. Humway–Warmuth, City Solicitor, Wheeling, West Virginia; Mark A. Bramble, Kesner, Kesner & Bramble, PLLC, Charleston, West Virginia, for Appellees.

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joyce McKenzie appeals the district court's order dismissing her 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McKenzie v. City of Wheeling*, No. CA–03–153–5 (N.D.W.Va. July 15, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*